United States District Court
Southern District of Texas
**ENTERED**
January 28, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GUADALUPE GUAJARDO, JR., *et al.*, | § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-71-570 |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE EXECUTIVE DIRECTOR., *et al.*, | § § § § | |
| Defendants. | § § | |

# ORDER

R. Wayne Johnson, a Texas state prison inmate, has filed what appears to be a motion asking this court to enter an order declaring that a provision identified as BP.03.91 is "void" on the ground that it is used for "mail crimes" because it authorizes a prison to collect and deliver mail that it in turn receives from the postal service. The motion states no basis for any finding or relief recognized in the law. The motion, (Docket Entry No. 1139), is denied.

SIGNED on January 28, 2020, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge